1539

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 09-149 |
| v. ) | |
| ) | (29 U.S.C. § 501(c)) |
| CHRISTINE THROCKMORTON ) | |

INDICTMENT

The grand jury charges:

From in or around June 2005 through November 2005, in the Western District of Pennsylvania, the defendant, CHRISTINE THROCKMORTON, while employed as an office secretary/bookkeeper for the Hotel Employees Restaurant Employees, AFL-CIO, Local Union 57 (hereinafter Local Union 57), a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the amount of $9,674.95.

In violation of Title 29, United States Code, Section 501(c).

A True Bill,

Foreperson J.E. Shirt

MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254

FILED
APR 2 8 2009
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVAN...